UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Robert L Smith<br>    Pamela J Overstreet<br>            Debtor(s) | Case No. 11 B 31733 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/02/2011.

2) The plan was confirmed on 10/04/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/04/2011, 10/04/2011, 06/05/2012, 07/09/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 09/15/2015.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $49,166.68 |
| Less amount refunded to debtor | $1,853.00 |

**NET RECEIPTS:** $47,313.68

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,101.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,011.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,112.50

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 Fast Cash | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Secured | 14,044.80 | 14,044.80 | 14,044.80 | 14,044.80 | 1,862.95 |
| American Honda Finance Corporation | Unsecured | 5,599.00 | 3,213.04 | 3,213.04 | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 736.69 | 736.69 | 736.69 | 251.42 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Applied Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Balaban Furniture Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carrington Mortgage Services LLC | Secured | 34,515.00 | 9,680.31 | 9,680.31 | 9,416.29 | 0.00 |
| Carrington Mortgage Services LLC | Secured | 178,895.23 | 150,296.67 | 150,296.67 | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | NA | 1,245.32 | 1,245.32 | 425.01 | 0.00 |
| Countrywide Home Loans Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 13,085.28 | 13,085.28 | 13,085.28 | 13,085.28 | 1,555.64 |
| Credit Acceptance Corp | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 246.22 | NA | NA | 0.00 | 0.00 |
| Debt Credit Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education | Unsecured | 2,749.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 4,633.50 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 535.00 | 575.54 | 575.54 | 196.42 | 0.00 |
| Midland Credit Management | Unsecured | 305.00 | 324.18 | 324.18 | 110.64 | 0.00 |
| Midland Funding LLC | Unsecured | 720.00 | 968.13 | 968.13 | 330.41 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 505.00 | 505.48 | 505.48 | 172.51 | 0.00 |
| Quick Click Loans | Unsecured | 900.00 | 1,280.05 | 1,280.05 | 436.86 | 0.00 |
| Receivables Management Inc | Unsecured | 378.00 | 378.00 | 378.00 | 129.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 539.00 | 539.00 | 183.95 | 0.00 |
| Salute Card | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 139.07 | NA | NA | 0.00 | 0.00 |
| Tribute | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| United Cash Loans | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $150,296.67 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,680.31 | $9,416.29 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $27,130.08 | $27,130.08 | $3,418.59 |
| **TOTAL SECURED:** | **$187,107.06** | **$36,546.37** | **$3,418.59** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,765.43** | **$2,236.22** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,112.50 |
| Disbursements to Creditors | $42,201.18 |
| **TOTAL DISBURSEMENTS :** | **$47,313.68** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/08/2016                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**